IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WALTER McGHEE, II,

    Plaintiff,

VS.                                NO.  05-2103-MaP

FRED NOLAN, ET AL.,

    Defendants.

ORDER GRANTING MOTION TO SEAL PLEADINGS

Before the court is the November 25, 2005, motion of defendant State of Tennessee to place its statement of undisputed material facts, the memorandum in support of motion to dismiss and/or for summary judgment, affidavits, and exhibits under seal. For good cause shown, defendant's motion is granted. The clerk of court is instructed to place the designated pleadings under seal.

It is so ORDERED this 29th day of November, 2005.

                                       SAMUEL H. MAYS, JR.
                                       UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-1-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02103 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Pamela A. Hayden-Wood
OFFICE OF THE ATTORNEY GENERAL- Civ Litigation
P.O. Box 20207
Nashville, TN 37202--020

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

Honorable Samuel Mays
US DISTRICT COURT