IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WALTER McGHEE II,

    Plaintiff,

VS.                                               NO. 05-2103-MaP

FRED NOLAN, ET AL.,

    Defendants.

---

ORDER DENYING MOTION TO CONTINUE SCHEDULING CONFERENCE

---

Before the court is the December 6, 2005, motion of the defendant to continue the scheduling conference presently set before Magistrate Judge Tu Pham on December 15, 2005. The motion is denied for absence of good cause. The scheduling conference remains set on December 15, 2005.

It is so ORDERED this 14th day of December, 2005.

                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02103 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

Pamela A. Hayden-Wood
OFFICE OF THE ATTORNEY GENERAL- Civ Litigation
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT