IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WALTER McGHEE, II,

    Plaintiff,

VS.                                    NO. 05-2103-Ma

FRED NOLAN, ALVIN KURN,
STATE OF TENNESSEE DIVISION
OF REHABILITATION SERVICES,

    Defendants.

ORDER DENYING MOTION TO STAY

Before the court is defendants' December 22, 2005, motion to stay discovery and other proceedings until the Court has ruled on the pending motion to dismiss and/or for summary judgment. The court finds that the motion is not well taken and it is denied.

It is so ORDERED this 29th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02103 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Pamela A. Hayden-Wood
OFFICE OF THE ATTORNEY GENERAL- Civ Litigation
P.O. Box 20207
Nashville, TN 37202--020

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

Honorable Samuel Mays
US DISTRICT COURT